**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR DONNELL THOMAS, | Case No. CV 13-9486-MWF (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| R.T.C. GROUNDS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 17, 2014

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE